IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GIBSON OUTDOOR DISPLAYS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| TOWN OF SOUTHERN PINES, NORTH CAROLINA, | ) NO. 1:10-CV-00236-UA-PTS |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL AND TO SUBSTITUTE COUNSEL

NOW COME THOMAS M. VAN CAMP, and the firm of VAN CAMP, MEACHAM & NEWMAN, PLLC, and move the Court pursuant to Local Rule 83.1(e) to be allowed to withdraw as attorney of record for the Plaintiff due to an unforeseen conflict and to substitute BROOKE N. ALBERT, JAMES A. ROBERTS, III, and the firm of LEWIS & ROBERTS, PLLC, 3700 Glenwood Avenue, Suite 410, Raleigh, North Carolina 27612, as local counsel.

Counsel informed Plaintiff of its plan to move to withdraw as counsel and to substitute Ms. Albert, Mr. Roberts and the firm of Lewis & Roberts, PLLC, and Plaintiff consents to said Motion.

Counsel has also spoken to Counsel for the Defendant, and he does not oppose the substitution of local counsel.

WHEREFORE, the undersigned respectfully moves the Court that they be withdrawn as counsel and their appearance be stricken from the record, and that Brooke N. Albert, James A. Roberts, III, and the law firm of Lewis & Roberts, PLLC, be substituted as counsel of record for the Plaintiff.

This the 10th day of June, 2010.

        VAN CAMP, MEACHAM & NEWMAN, PLLC
        Attorneys for Plaintiff

        By: /s/ Thomas M. Van Camp
            Thomas M. Van Camp
            NC State Bar No.16872
            Post Office Drawer 1389
            Pinehurst, North Carolina 28370
            (910) 295-2525
            Fax: (910) 259-2001
            E-mail: thomasv@vancamplaw.com

        LEWIS & ROBERTS, PLLC

        By: /s/ Brooke N. Albert
            James A. Roberts, III
            NC State Bar No. 10495
            Brooke N. Albert
            NC State Bar No. 36584
            3700 Glenwood Avenue, Suite 410
            Raleigh, North Carolina 27612
            (919) 719-8536
            Fax: (919) 981-0199
            E-mail: jar@lewis-roberts.com
            E-mail: brookealbert@lewis-roberts.com

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has this date served the foregoing Motion to Withdraw as Counsel and to Substitute Counsel upon the person(s) listed below by depositing a copy of same in the United States mail, postage prepaid, and addressed as follows:

E. Adam Webb, Esquire
Webb, Klase & Lemond, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Co-counsel for Plaintiff

Patrick H. Flanagan, Esquire
Cranfill, Sumner & Hartzog, LLP
PO Box 30787
Raleigh, NC 28230
Attorneys for Defendant

This the 10th day of June, 2010.

        VAN CAMP, MEACHAM & NEWMAN, PLLC
        Attorneys for Plaintiff


        By: ___/s/ Thomas M. Van Camp_____
            Thomas M. Van Camp
            NC State Bar No.16872
            Post Office Drawer 1389
            Pinehurst, North Carolina 28370
            Phone: (910) 295-2525
            Fax:   (910) 295-2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| GIBSON OUTDOOR DISPLAYS, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| TOWN OF SOUTHERN PINES, NORTH CAROLINA, | ) ) ) | NO. 1:10-CV-00236-UA-PTS |
| Defendant. | ) ) ) | |

## ORDER

UPON MOTION of attorneys of record for the Plaintiff, pursuant to Local Rule 83.1(e), and for good cause shown, Thomas M. Van Camp and the firm of Van Camp, Meacham & Newman, PLLC, are hereby withdrawn as counsel for the Plaintiff and their appearance is stricken from the record, and James A. Roberts, III, Brooke N. Albert, and the firm of Lewis and Roberts, PLLC, is hereby substituted as local counsel of record for the Plaintiff. All future pleadings and correspondence should be directed to:

    James A. Roberts, III
    Brooke N. Albert
    Lewis & Roberts, PLLC
    3700 Glenwood Avenue, Suite 410
    Raleigh, North Carolina 27612
    Phone: (919) 719-8536
    Fax: (919) 981-0199
    E-mail: jar@lewis-roberts.com
    E-mail: brookealbert@lewis-roberts.com

SO ORDERED, this the ___ day of _____ 2010.

_____
Judge Presiding