# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


| | | |
|---|---|---|
| **GIBSON OUTDOOR DISPLAYS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:10CV236** |
| | ) | |
| **TOWN OF SOUTHERN PINES, NORTH CAROLINA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF APPROVAL


The Court has reviewed the Joint Rule 26(f) Report submitted by the parties.  The Report is approved without modification.


_____/s/ P. Trevor Sharp_____
United States Magistrate Judge


Date:  June 22, 2010